Case 6:20-cv-00020   Document 21   Filed on 11/10/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| WENDY RENEE VENGLAR, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> ANDREW M SAUL, § <br> § <br> Defendant. § | CIVIL ACTION NO. 6:20-CV-20 |

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 19). The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* U.S.C. § 636(b)(1); FED R. CIV. P. 72(b); General Order No. 2002-13. Plaintiff timely filed objections to the M&R. (D.E. 20). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the court **OVERRULES** Plaintiff's objections. (D.E. 20). Accordingly, the Court:

(1) **ADOPTS** the M&R in its entirety. (D.E. 19).

(2) Plaintiff's motion for summary judgment is **DENIED**. (D.E. 15).

(3) Respondent's motion for summary judgment is **GRANTED**. (D.E. 16).

(4) Plaintiff's complaint is **DISMISSED**. (D.E. 1).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
November 9, 2020